UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEN HUA,

        Plaintiff,

vs

STATE OF WASHINGTON UTILITIES and TRANSPORTATION COMMISSION,

        Defendants.

CASE NO. C04-5872FDB

ORDER OF DISMISSAL

    Counsel having notified the Court of the settlement of this case, and it appearing that no issue remains for the Court's determination,

    IT IS ORDERED that this action and all claims asserted herein are **DISMISSED** with prejudice and without costs to any party.

    In the event that the settlement is not perfected, any party may move to reopen the case, provided that such motion is filed within *ninety (90)* days of the date of this Order. Any trial date and/or pretrial dates previously set are hereby **VACATED**.

    IT IS SO ORDERED this 16th day of December 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE